IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:07CV11-H

| | |
|---|---|
| ELENA M. DAVID, on behalf of herself and on behalf of classes of those similarly situated,<br><br>    Plaintiff,<br><br>  v.<br><br>J. STEELE ALPHIN, et al.,<br><br>    Defendants. | **ORDER** |

**THIS MATTER** is before the Court on the "Motion for Admission of Gregory Y. Porter as Counsel for Plaintiff Pro Hac Vice" (document #67) filed April 10, 2007, requesting admission of Attorney Gregory Y. Porter to represent Plaintiff Elena M. David. For the reasons set forth therein, the motion will be **GRANTED**.

The Clerk is directed to send copies of this Order to counsel for the parties, including but not limited to moving counsel.

**SO ORDERED**.

Signed: April 10, 2007

_____
Carl Horn, III
United States Magistrate Judge