**IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:07CV11-H**

| | | |
|---|---|---|
| **ELENA M. DAVID,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| **v.** | ) | **O R D E R** |
| | ) | |
| **J. STEELE ALPHIN, et. al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |
| _____ | ) | |

**THIS MATTER** is before the Court on the Defendants' "Motion[s] to Admit ... *Pro Hac Vice*" (documents ##69, 70, 71, 72, and 73), respectively, E. Carmen Ramirez, Arthur W.S. Duff, Shannon Barrett, Richard N. Eccles, and Gary S. Tell, all filed May 25, 2007. For the reasons set forth therein, the Motions will be granted.

The Clerk is directed to send copies of this Order to counsel for the parties, including but not limited to moving counsel.

**SO ORDERED**.

Signed: May 25, 2007

_Carl Horn, III_
Carl Horn, III
United States Magistrate Judge