## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### Case No: 3:07-cv-00011

| | | |
|---|---|---|
| **ELENA M. DAVID**, on behalf of herself and on behalf of classes of those similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>**J. STEELE ALPHIN, AMY WOODS BRINKLEY; EDWARD J. BROWN, III, CHARLES J. COOLEY; RICHARD M. DEMARTINI; BARBARA J. DESOER; JAMES H. HANCE; LIAM E. MCGEE; EUGENE M. MCQUADE; ALVARO G. DE MOLINA; MICHAEL E. O'NEILL; OWEN G. SHELL, JR.; R. EUGENE TAYLOR; F. WILLIAM VANDIVER, JR.; BRADFORD H. WARNER; WILLIAM BARNET, III; CHARLES W. COKER; JOHN T. COLLINS; GARY L. COUNTRYMAN; PAUL FULTON; CHARLES K. GIFFORD; STEVEN JONES; KENNETH D. LEWIS; WALTER E. MASSEY; THOMAS J. MAY; PATRICIA E. MITCHELL; EDWARD L. ROMERO; THOMAS M. RYAN; O. TEMPLE SLOAN, JR.; MEREDITH R. SPANGLER; ROBERT L. TILLMAN; JACKIE M. M'ARD; BANK OF AMERICA CORPORATION; BANK OF AMERICA CORPORATION;**<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | **ORDER GRANTING MOTION FOR ADMISSION OF J. BRIAN MCTIGUE AS COUNSEL FOR PLAINTIFF PRO HAC VICE** |

**THIS MATTER** is before the Court on the "Motion for Admission of J. Brian

McTigue as Counsel for Plaintiff Pro Hac Vice," requesting admission of attorney J. Brian

McTigue to represent Plaintiff Elena M. David.  For the reasons set forth therein, the motion

will be **GRANTED.**

The Clerk is ordered to send copies of this Order to counsel for the parties, including but not limited to moving counsel.

**SO ORDERED.**

Signed: June 4, 2007

Carl Horn, III
United States Magistrate Judge

-