IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
**3:07CV11**

| | |
|---|---|
| ELENA M. DAVID, | ) |
| | ) |
| Plaintiff, | )  **ORDER** |
| | ) |
| v. | ) |
| | ) |
| J. STEELE ALPHIN, et al, | ) |
| | ) |
| Defendants. | ) |
| | ) |

    THIS MATTER is before the court on its own motion. The Parties have filed their Certification and Report of Initial Attorneys' Conference [doc. 80]. Prior to entering the Pre-Trial Order, an Initial Pretrial Conference will be held in Chambers. All parties are directed to appear for this conference on **Tuesday, July 17, 2007, at 10:30 a.m.**.

    IT IS SO ORDERED.

Signed: July 9, 2007

Graham C. Mullen
United States District Judge