IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:07-CV-011

| | |
|---|---|
| ELENA M. DAVID, ARLEEN J. STACH, VICTOR M. HERNANDEZ, <br><br> Plaintiffs <br><br> Vs. <br><br> J. STEELE ALPHIN; AMY WOODS BRINKLEY; EDWARD J. BROWN, III; CHARLES J. COOLEY; RICHARD M. DeMARTINI; BARBARA J. DESOER; JAMES H. HANCE; LIAM E. McGEE; EUGENE M. McQUADE; ALVARO G. de MOLINA; MICHAEL E. O'NEILL; OWEN G. SHELL, JR.; R. EUGENE TAYLOR; F. WILLIAM VANDIVER, JR.; BRADFORD H. WARNER; CHARLES W. COKER; STEVEN JONES; KENNETH D. LEWIS; BANK OF AMERICA CORPORATION; BANK OF AMERICA CORPORATION CORPORATE BENEFITS COMMITTEE, <br><br> Defendants. | ORDER |

**THIS MATTER** has now been assigned to the undersigned to act as referral judge to Chief Judge Robert J. Conrad. There is pending at the present time a motion filed by the defendants entitled "Defendants' Partial Motion to Dismiss Second Amended Class Action Complaint" (#84). After conducting a preliminary review of the motion, prior to the entry of a Memorandum and Recommendation, the undersigned has determined to conduct a hearing regarding the pending motion. If the parties disagree with the date and time of the hearing as set forth later in this Order they should discuss a date and time that is convenient for all concerned before moving to continue the hearing.

# ORDER

**IT IS, THEREFORE, ORDERED** that the "Defendants' Partial Motion to Dismiss Second Amended Class Action Complaint" (#84) is hereby calendared for oral argument on **June 27, 2008 at 9:30** o'clock a.m. in courtroom #2 of the United States Courthouse in Asheville, North Carolina.

Signed: May 21, 2008

Dennis L. Howell
United States Magistrate Judge