UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:07cv11-RJC

| | |
|---|---|
| ELENA M. DAVID, ARLEEN J. STACH, and VICTOR M. HERNANDEZ,<br><br>    Plaintiffs,<br><br>v.<br><br>J. STEELE ALPHIN; AMY WOODS BRINKLEY; EDWARD J. BROWN, III; CHARLES J. COOLEY; RICHARD M. DeMARTINI; BARBARA J. DESOER; JAMES H. HANCE; LIAM E. McGEE; EUGENE M. McQUADE; ALVARO G. de MOLINA; MICHAEL E. O'NEILL; OWEN G. SHELL, JR.; R. EUGENE TAYLOR; F. WILLIAM VANDIVER, JR.; BRADFORD H. WARNER; KENNETH D. LEWIS; & BANK OF AMERICA CORPORATION,<br><br>    Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |

**THIS MATTER** is before the Court sua sponte. Following this Court's Order granting the partial motion to dismiss (Doc. No. 104), Defendants should have filed an answer to the Plaintiffs' second amended complaint. **IT IS, THEREFORE, ORDERED** that the Defendants shall file their answer the Plaintiffs' second amended complaint within 10 days of this Order.

Signed: January 16, 2009

Robert J. Conrad, Jr.
Chief United States District Judge