# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
## 3:07 CV 11

| | |
|---|---|
| ELENA M. DAVID, ARLEEN J. STACH, VICTOR M. HERNANDEZ, <br><br>    Plaintiffs <br><br> V <br><br> J. STEELE ALPHIN, et al., <br><br>    Defendants | **ORDER** |

**THIS MATTER** is before the court on Robert M. Elliot's Application for Admission to Practice *Pro Hac Vice* of Bryan T. Veis. It appearing that Bryan T. Veis is a member in good standing with the District of Columbia Bar and will be appearing with Robert M. Elliot, a member in good standing with the Bar of this court, that all admission fees have been paid, and that the email address of the attorney seeking admission has been provided, the court enters the following Order.

## ORDER

**IT IS, THEREFORE, ORDERED** that Robert M. Elliot's Application for Admission to Practice *Pro Hac Vice* (#113) of Bryan T. Veis is **GRANTED**, and that Bryan T. Veis is **ADMITTED** to practice, *pro hac vice*, before the Bar of this court while associated with Robert M. Elliot.

Signed: February 28, 2009

Dennis L. Howell
United States Magistrate Judge