# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
## 3:07cv11

| | |
|---|---|
| ELENA M. DAVID; ARLEEN J. STACH; and VICTOR M. HERNANDEZ, </br></br>  Plaintiffs </br></br> Vs. </br></br> J. STEELE ALPHIN; AMY WOODS BRINKLEY; EDWARD J. BROWN, III; CHARLES J. COOLEY; RICHARD M. DeMARTINI; BARBARA J. DESOER; JAMES H. HANCE; LIAM E. McGEE; EUGENE M. McQUADE; ALVARO G. de MOLINA; MICHAEL E. O'NEILL; OWEN G. SHELL, JR.; R. EUGENE TAYLOR; F. WILLIAM VANDIVER, JR.; BRADFORD H. WARNER; CHARLES W. COKER; STEVEN JONES; KENNETH D. LEWIS; BANK OF AMERICA CORPORATION; BANK OF AMERICA CORPORATION CORPORATE BENEFITS COMMITTEE, </br></br> Defendants. | ORDER |

**THIS MATTER** is before the court on defendants' Motion Regarding ECF Registration. In such motion, local counsel for defendants represent that *pro hac vice* counsel Arthur Duff, Carmen Ramirez, Gary Tell, and Robert Eccles are registered

-1-

for ECF in other districts that do not require the taking of an ECF training course, but who are experienced with the system. Finding that such attorneys have attained the equivalent of ECF training through practical experience and have associated local counsel who has complete the training required in this district, the court will waive the requirement of ECF training for these attorneys. See Local Civil Rule 83.1(A).

## ORDER

**IT IS, THEREFORE, ORDERED** that defendants' Motion Regarding ECF Registration (#18) is **GRANTED,** and the requirement of completion of this district's ECF training course is waived for attorneys Arthur Duff, Carmen Ramirez, Gary Tell, and Robert Eccles.

Signed: March 16, 2009

Dennis L. Howell
United States Magistrate Judge