IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:07cv11

| | | |
|---|---|---|
| ELENA M. DAVID; ARLEEN J. STACH; and VICTOR M. HERNANDEZ, | ) ) ) | |
| Plaintiffs | ) ) | |
| Vs. | ) ) | ORDER |
| J. STEELE ALPHIN; AMY WOODS BRINKLEY; EDWARD J. BROWN, III; CHARLES J. COOLEY; RICHARD M. DeMARTINI; BARBARA J. DESOER; JAMES H. HANCE; LIAM E. McGEE; EUGENE M. McQUADE; ALVARO G. de MOLINA; MICHAEL E. O'NEILL; OWEN G. SHELL, JR.; R. EUGENE TAYLOR; F. WILLIAM VANDIVER, JR.; BRADFORD H. WARNER; CHARLES W. COKER; STEVEN JONES; KENNETH D. LEWIS; BANK OF AMERICA CORPORATION; BANK OF AMERICA CORPORATION CORPORATE BENEFITS COMMITTEE, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) ) | |

**THIS MATTER** is before the court on defendants' second Motion to Continue Stay of Discovery as to Issues of Market Timing. It appears that the pending, signed settlements in the MDL action, including a settlement related to Bank of America,

have not yet been approved by the MDL court. In moving for such further relief, defendants note that they have consulted with plaintiffs, who continue to oppose the relief based on the reasons stated in their prior submission. The court notes those objections and will allow a further extension of the stay based on the reasons previously discussed. Having considered defendants' motion and reviewed the pleadings, the court enters the following Order.

## ORDER

**IT IS, THEREFORE, ORDERED** that defendants' second Motion to Continue Stay of Discovery as to Issues of Market Timing (#144) is **GRANTED,** and the **STAY** of discovery on issues of market timing is **EXTENDED** up to and inclusive of April 16, 2009.

Signed: January 12, 2010

Dennis L. Howell
United States Magistrate Judge