# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# 3:07 CV 011

| | |
|---|---|
| ELENA M. DAVID, et al., ) | |
|     Plaintiffs ) | |
| V ) | **ORDER** |
| J. STEELE ALPHIN, et al., ) | |
|     Defendants ) | |

**THIS MATTER** is before the court on Irvin M. Brenner's Motion for Admission of Christopher D. Catalano Pro Hac Vice. It appearing that Christopher D. Catalano is a member in good standing with the Bar of the District of Columbia and will be appearing with Irvin M. Brenner, a member in good standing with the Bar of this court, that all admission fees have been paid, and that the email address of the attorney seeking admission has been provided, the court enters the following Order.

## ORDER

**IT IS, THEREFORE, ORDERED** that Irvin M. Brenner's Motion for Admission of Christopher D. Catalano Pro Hac Vice (#147) is **GRANTED**, and that Christopher D. Catalano is **ADMITTED** to practice, *pro hac vice*, before the Bar of this court while associated with Irvin M. Brenner.

Signed: January 21, 2010

*Dennis L. Howell* (signature)

Dennis L. Howell
United States Magistrate Judge