# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# 3:07cv11

| | | |
|---|---|---|
| ELENA M. DAVID; ARLEEN J. STACH; and VICTOR M. HERNANDEZ, | ) ) ) | |
| Plaintiffs | ) ) | |
| Vs. | ) ) | ORDER |
| J. STEELE ALPHIN; AMY WOODS BRINKLEY; EDWARD J. BROWN, III; CHARLES J. COOLEY; RICHARD M. DeMARTINI; BARBARA J. DESOER; JAMES H. HANCE; LIAM E. McGEE; EUGENE M. McQUADE; ALVARO G. de MOLINA; MICHAEL E. O'NEILL; OWEN G. SHELL, JR.; R. EUGENE TAYLOR; F. WILLIAM VANDIVER, JR.; BRADFORD H. WARNER; CHARLES W. COKER; STEVEN JONES; KENNETH D. LEWIS; BANK OF AMERICA CORPORATION; BANK OF AMERICA CORPORATION CORPORATE BENEFITS COMMITTEE, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) ) | |

**THIS MATTER** is before the court on the joint Motion for Entry of Expert Discovery Order. In substance, the parties seek to alter the operation of certain provisions of Rule 26 concerning the taking of expert depositions. These proposed alterations by agreement are all reasonable and well within the intent of Rule 26,

-1-

which allows the court to modify certain aspects of discovery. The proposed order, which was attached as an exhibit (#174-1), but not sent to the court via CyberClerk, will be incorporated herein by reference as if fully set forth. Having considered the joint motion and reviewed the pleadings, the court enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that joint Motion for Entry of Expert Discovery Order (#174) is **GRANTED,** and the proposed Order annexed to such motion and appearing as docket entry #174-1 is incorporated herein by reference as if fully set forth.

Signed: June 24, 2010

Dennis L. Howell
United States Magistrate Judge