UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:07-cv-11-RJC-DLH

| | |
|---|---|
| ELENA M. DAVID; ARLEEN J. STACH; and VICTOR M. HERNANDEZ, ) ) ) Plaintiffs, ) ) v. ) ) J. STEELE ALPHIN; AMY WOODS BRINKLEY; EDWARD J. BROWN, III; CHARLES J. COOLEY; RICHARD M. DeMARTINI; BARBARA J. DESOER; JAMES H. HANCE; LIAM E. McGEE; EUGENE M. McQUADE; ALVARO G. de MOLINA; MICHAEL E. O'NEILL; OWEN G. SHELL, JR.; R. EUGENE TAYLOR; F. WILLIAM VANDIVER, JR.; BRADFORD H. WARNER; CHARLES W. COKER; STEVEN JONES; KENNETH D. LEWIS; BANK OF AMERICA CORPORATION; and BANK OF AMERICA CORPORATION CORPORATE BENEFITS COMMITTEE, ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) Defendants. ) ) | ORDER |

**THIS MATTER** is before the Court sua sponte. In light of the Plaintiff's filing of an Amended Complaint and the Defendants' new motion for summary judgment, the March 7, 2011, trial date in this matter must be continued until the motion is resolved.

**IT IS, THEREFORE, ORDERED** that the March 7, 2011, trial date in this matter is **CONTINUED**, and the Court will schedule a new trial date after the pending dispositive motion is resolved, if necessary.

Signed: January 25, 2011

Robert J. Conrad, Jr.
Chief United States District Judge

1