# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Elena M. David,
Arleen J. Stach, and
Victor M. Hernandez,

       Plaintiffs,

vs.

J. Steele Alphin, et al.,

       Defendants.

JUDGMENT IN A CIVIL CASE

3:07-cv-11-MOC

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's September 22, 2011 Order.

Signed: September 22, 2011

*Frank G. Johns*

Frank G. Johns, Clerk
United States District Court