FILED: March 20, 2013

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

No. 11-2181
(3:07-cv-00011-MOC)
———————————

ELENA M. DAVID; ARLEEN J. STACH; VICTOR M. HERNANDEZ

       Plaintiffs - Appellants

v.

J. STEELE ALPHIN; AMY WOODS BRINKLEY; EDWARD J. BROWN, III;
CHARLES J. COOLEY; RICHARD M. DEMARTINI; BARBARA J. DESOER;
JAMES H. HANCE; LIAM E. MCGEE; EUGENE M. MCQUADE; ALVARO G.
DE MOLINA; MICHAEL E. O'NEILL; OWEN G. SHELL, JR.; R. EUGENE
TAYLOR; F. WILLIAM VANDIVER, JR.; BRADFORD H. WARNER;
KENNETH D. LEWIS; BANK OF AMERICA CORPORATION; BANK OF
AMERICA CORPORATION CORPORATE BENEFITS COMMITTEE; J. TIM
ARNOULT; CATHERINE P. BESSANT; TIMOTHY MAYAPOULOUS; BRIAN
T. MOYNIHAN

       Defendants - Appellees

 and

WILLIAM BARNET, III; WALTER E. MASSEY; JOHN T. COLLINS; GARY L.
COUNTRYMAN; PAUL FULTON; CHARLES K. GIFFORD; THOMAS J.
MAY; PATRICIA E. MITCHELL; EDWARD L. ROMERO; THOMAS M.
RYAN; O. TEMPLE SLOAN, JR.; MEREDITH R. SPANGLER; ROBERT L.
TILLMAN; JACKIE M. WARD; BANK OF AMERICA CORPORATION
BOARD OF DIRECTORS; FRANK P. BRAMBLE, SR.; TOMMY R. FRANKS

Defendants

_____

AARP; PENSION BENEFIT GUARANTY CORPORATION; HILDA L. SOLIS,
Secretary of Labor

Amici Supporting Appellant

_____

M A N D A T E

_____

The judgment of this court, entered January 14, 2013, takes effect today.

This constitutes the formal mandate of this court issued pursuant to Rule

41(a) of the Federal Rules of Appellate Procedure.

*/s/Patricia S. Connor, Clerk*