UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
Case No.: 3:07-cv-00011 (MOC)

| | |
|---|---|
| Elena M. David, Arleen J. Stach, Victor M. Hernandez<br><br>Plaintiffs,<br>v.<br><br>J. Steele Alphin, *et al.*,<br><br>Defendants. | **JOINT MOTION TO MODIFY PROTECTIVE ORDER** |

WHEREAS the parties previously stipulated to a protective order in this case on August 14, 2009, which protective order was approved by the Court on August 17, 2009 (*see* Docket Nos. 134, 136);

WHEREAS the stipulated protective order contains a provision in paragraph 14 requiring that "all Confidential Information will either be returned to the party who provided it or destroyed" within 180 days "after the entry of a final non-appealable judgment or order concluding this litigation; and

WHEREAS the parties wish to have additional time to negotiate regarding the destruction of these documents;

THEREFORE the parties hereby stipulate to a 14-day extension of the deadline for destroying or returning Confidential Information in paragraph 14 of the stipulated protective order found at Docket No. 136 such that it permits such return or destruction within 194 days after the entry of a final non-appealable judgment or order concluding this litigation.

Dated:  September 9, 2013                                          Respectfully submitted,


By /s/  Shannon M. Barrett                                         By /s/ Brian McTigue

Shannon M. Barrett (Pro Hac Vice)                                  J. Brian McTigue (*Pro hac vice*)
sbarrett@omm.com                                                   James A. Moore (*Pro hac vice*)
Robert N. Eccles (Pro Hac Vice)                                    **MCTIGUE LAW LLP**
beccles@omm.com                                                    4530 Wisconsin Avenue, NW
**O'MELVENY & MYERS LLP**                                          Suite 300
1625 Eye Street, NW                                                Washington, DC  20016
Washington, D.C. 20006-4001                                        Tel:  (202) 364-6900
Telephone:     (202) 383-5300                                      Fax: (202) 364-9960
Facsimile:     (202) 383-5414                                      bmctigue@mctiguelaw.com
                                                                   jmoore@mctiguelaw.com

Irving M. Brenner
**MCGUIRE WOODS**
201 North Tryon Street                                             Gregory Yann Porter (*Pro hac vice*)
Charlotte, North Carolina 28202                                    **BAILEY & GLASSER LLP**
Telephone:     (704) 343-2075                                      910 17th Street, NW
Facsimile:     (704) 373-8935                                      Suite 800
                                                                   Washington, DC 20006
*Attorneys for Defendants Bank of America*                         Tel: (202) 543-0226
*Corporation, J. Steele Alphin, J. Tim Arnoult,*                   Fax:  (202) 434-8252
*Catherine Bessant, Amy Woods*                                     GPorter@baileyglasser.com
*Brinkley, Edward J. Brown, III, Charles J.*
*Cooley, Richard M. DeMartini, Barbara J.*
*Desoer, James H. Hance, Kenneth D. Lewis,*                        Robert M. Elliot (Bar#7709)
*Tim Mayopoulous, Liam E. McGee, Eugene*                           **ELLIOT PISHKO MORGAN P.A.**
*M. McQuade, Alvaro G. De Molina, Brian*                           426 Old Salem Road
*T. Moynihan, Owen G. Shell, Jr., R. Eugene*                       Winston-Salem, North Carolina 27101
*Taylor, F. William Vandiver, Jr., and*                            Tel:  (336) 724-2828
*Bradford H. Warner.*                                              Fax:  (336) 724-3335
                                                                   rmelliot@epmlaw.com

                                                                   *Attorneys for Plaintiffs Elena M. David,*
                                                                   *Arleen J. Stach, and Victor M. Hernandez*

2

## CERTIFICATE OF SERVICE

   I, Brian McTigue, hereby certify that on the date set forth below a copy of the foregoing **JOINT MOTION TO MODIFY PROTECTIVE ORDER** was electronically filed with the Court and served via the Court's CM/ECF notification system upon all counsel of record.

Dated:  September 9, 2013

               /s/  Brian McTigue
               Brian McTigue
               McTigue Law LLP